THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Terrell Clifford Yancy Flood, Appellant.
 
 
 

Appeal From Lancaster County
 Paul M. Burch, Circuit Court Judge

Unpublished Opinion No. 2006-UP-182
Submitted April 1, 2006  Filed April 6, 2006

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor John R. Justice, of Chester, for Respondent.
 
 
 

PER CURIAM:  Terrell Clifford Yancy Flood appeals his conviction of thirty years for assault and battery with intent to kill, possession of a firearm during a violent crime, and possession of cocaine, arguing the trial court erred by denying his motion for a directed verdict because the State presented insufficient evidence of his guilt.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Floods appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.[1]
GOOLSBY, HUFF, and STILWELL, JJ., concur. 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.